IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| JOHN VOGEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-2182 (RDA/LRV) |
| ) | |
| RMAC TRUST SERIES 2016-CTT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by U.S. Magistrate Judge Lindsey R. Vaala on February 11, 2025. Dkt. 27. On January 17, 2025, Plaintiffs John Vogel and Karen Mitchell-Smith filed a Motion for Leave to File an Amended Complaint. Dkt. 20. Magistrate Judge Vaala recommends that Plaintiffs' Motion be denied without prejudice. Dkt. 27 at 4. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Vaala's Recommendation was February 25, 2025. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Vaala's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 27). Accordingly, it is hereby ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. 20) is DENIED WITHOUT PREJUDICE.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

If they wish to seek leave to file an amended Complaint, Plaintiffs should be allowed to file a renewed motion to amend their Complaint, together with (1) a redlined copy of the proposed amended Complaint against the original Complaint, and (2) a clean copy of the proposed amended Complaint. The motion should set forth sufficient information for the Court to assess whether the Rule 15 standard is met.

The Clerk is directed to forward copies of this Order to all parties and all counsel of record.

It is SO ORDERED.

Alexandria, Virginia
April 11, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge